# Order

Michigan Supreme Court
Lansing, Michigan

June 10, 2015

Robert P. Young, Jr.,
Chief Justice

151342

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                     SC:  151342
                                     COA:  317697
                                     Wayne CC:  13-003955-FH

TIMOTHY PATRICK MARCH,
        Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the December 4, 2014 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing: (1) whether the removal of fixtures by a mortgagor from the mortgaged premises after a sheriff's sale but prior to the expiration of the redemption period may subject the mortgagor to criminal liability for larceny; and (2) whether fixtures taken from real property may be the subject of larceny under MCL 750.356(1). The parties should not submit mere restatements of their application papers.

        The Prosecuting Attorneys Association of Michigan and the Criminal Defense Attorneys of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 10, 2015



Clerk

p0603